UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN HERTZ, Individually and as Personal
Representative of the Estate of Roger B. Hertz,

        Plaintiff,                            Case No.  07-14369
                                                   Honorable David M. Lawson

v.

SHELDON L. MILLER, SHELDON L. MILLER &
ASSOCIATES, P.C., and LAW OFFICE OF SHELDON
L. MILLER,
        Defendants.
_____/

## ORDER STRIKING NOTICES OF WITHDRAWAL

On September 1, 2011, the defendants filed a notice of withdrawal of attorney Sheldon L. Miller from the representation of defendants Law Office of Sheldon L. Miller and Sheldon L. Miller & Associates, P.C. and a notice of withdrawal of attorney Mayer Morganroth from the representation of defendant Sheldon L. Miller.  These documents violate the Eastern District of Michigan's Local Rules, which states that "[w]ithdrawal of appearances may be accomplished only by leave of Court on motion of counsel." E.D. Mich. LR 83.30(a).  An attorney cannot unilaterally withdraw his appearance by filing a notice to that effect.  Therefore, the Court will strike the defendants' notices of withdrawal of attorney from the record in this case.

Accordingly, it is **ORDERED** that the defendants' notices of withdrawal of attorney [dkts. #141 and 142] are **STRICKEN** from the record.

                                                   s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: September 2, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 2, 2011.

                                        s/Deborah R. Tofil
                                        DEBORAH R. TOFIL